No. 786. LAVINE ET AL. *v.* CALIFORNIA. See same case, *ante,* p. 528.

No. 880. ISENBERG ET AL. *v.* SHERMAN ET AL.

Submitted April 18, 1932. Decided April 25, 1932. The motion of the petitioner for leave to print an abbreviated record herein is denied, for the reason that the Court, upon examination of the unprinted record herein submitted, finds that the application for writ of certiorari was not made within the time provided by law. (Act of Feb. 13, 1925, § 8 (a), 43 Stat. 936, 940). The petition for a writ of certiorari is therefore also denied. MR. JUSTICE STONE took no part in the consideration or decision of this application. *Messrs. Bartley C. Crum* and *John Francis Neylan* for petitioners. *Messrs. Oscar Sutro, Alfred Sutro, W. H. Lawrence,* and *Eugene M. Prince* for respondents.

No. 872. McCONLOGUE *v.* ADERHOLD, WARDEN. April 25, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Neil McConlogue, pro se.* No appearance for respondent.